ord

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Santacapita,<br>    *Plaintiff*,<br><br>v.<br><br>Bridgeport Board of Ed.,<br>    *Defendant*. | Civil No. 3:10cv1534 (JBA) |

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been resolved and that no further action in this matter is required.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before November 04, 2011.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel in resolving this matter. The Clerk is directed to close this case.

IT IS SO ORDERED.



/s/ Joan G. Margolis, USMJ
Joan Glazer Margolis, U.S.M.J.

Dated at New Haven, Connecticut this 6th day of October 2011.

FILED 2011 OCT -6 P 2:30
DISTRICT COURT
HAVEN, CT