UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBORAH SANTACAPITA, | : | CIVIL CASE NO. |
|    Plaintiff, | : | 3:10-cv-01534 -JBA |
| | : | |
| VS. | : | |
| | : | |
| BOARD OF EDUCATION OF THE | : | |
| CITY OF BRIDGEPORT, | : | |
|    Defendant. | : | SEPTEMBER 21, 2011 |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, DEBORAH SANTACAPITA and Defendant, BOARD OF EDUCATION OF THE CITY OF BRIDGEPORT, hereby stipulate and agree that the above captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C. | Durant, Nichols, Houston, Hodgson |
| Attorneys for Plaintiff, | & Cortese-Costa, P.C. |
| | Attorneys for Defendant, |
| | |
| By:/s/ Thomas W. Bucci | By: /s/ Michel Bayonne, |
|    Thomas W. Bucci (ct07805) |    Michel Bayonne (ct24628) |
| Willinger, Willinger & Bucci, P.C. | Durant, Nichols, Houston, Hodgson |
| 855 Main Street | & Cortese-Costa, P.C. |
| Bridgeport, CT 06604 | 1057 Broad Street |
| Tel: 203-366-3939 | Bridgeport, CT  06604 |
| Fax: 203-337-4588 | Tel: 203-366-3438 |
| Email: tbucci@wwblaw.com | Fax: 203-384-0317 |
| | Email: mbayonne@durantnic.com |
| | |
| Dated: September 21, 2011 | Dated: September 21, 2011 |